NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SEBASTIAN SCAIFE,                           )
                                            )
                 Appellant,                 )
                                            )
v.                                          )          Case No. 2D17-3868
                                            )
STATE OF FLORIDA,                           )
                                            )
                 Appellee.                  )
_____     )

Opinion filed March 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; James A. Yancey, Judge.

Sebastian Scaife, pro se.


PER CURIAM.


                 Affirmed.


LaROSE, C.J., and CRENSHAW and BADALAMENTI, JJ., Concur.